No. 00A158 (99–1331). LEWIS *v.* LEWIS & CLARK MARINE, INC. C. A. 8th Cir. [Certiorari granted, *ante*, p. 1202.] Application for stay, presented to JUSTICE THOMAS, and by him referred to the Court, denied.

SEPTEMBER 12, 2000

No. 00–6106 (00A228). IN RE HARRIS. Application for stay of execution of sentence of death, presented to JUSTICE THOMAS, and by him referred to the Court, denied. Petition for writ of habeas corpus denied.

SEPTEMBER 14, 2000

No. 00–6070 (00A221). BARNABEI *v.* ANGELONE, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.

No. 00–6153 (00A237). BARNABEI *v.* EARLEY, ATTORNEY GENERAL OF VIRGINIA, ET AL. C. A. 4th Cir. Application for stay of execution of sentence of death, presented to THE CHIEF JUSTICE, and by him referred to the Court, denied. Certiorari denied.

SEPTEMBER 15, 2000

No. 00–89. ALLSTATE INSURANCE CO. *v.* BACHER ET VIR. C. A. 3d Cir. Certiorari dismissed under this Court's Rule 46.1.

SEPTEMBER 22, 2000

No. 99–1799. PFEIFER ET UX. *v.* E. I. DU PONT DE NEMOURS & CO. Sup. Ct. Neb. Certiorari dismissed under this Court's Rule 46.1.